NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DOWNHOLE PRODUCTS, LTD.,**
*Appellant*

---

2014-1512

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/012,589.

---

## JUDGMENT

---

ADAM CONRAD, King & Spalding LLP, Charlotte, NC, argued for appellant. Also represented by ANUP M. SHAH; DARYL JOSEFFER, Washington, DC.

FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by NATHAN K. KELLEY, WILLIAM LAMARCA, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 6, 2015</u> | <u>/s/  Daniel  E.  O'Toole</u> |
| Date | Daniel E. O'Toole |
| | Clerk of Court |